**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

                                            :          CRIMINAL ACTION
         v.                                 :
                                            :          No. 23-10-1
PERRY ABBONIZIO

Out of Custody

**NOTICE OF HEARING**

        Take notice that the defendant is scheduled for a Sentencing hearing on **November 25, 2024** at **11:00 A.M.** before the **Honorable Mark A. Kearney** in **Courtroom 6B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A          interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:        Courtroom Deputy to J.  Kearney
           Phone: 267.299.7688

Date:        10/23/2024

cc:                Defendant (via defense counsel)
cc via email:      Defense Counsel
                   Assistant U.S. Attorney
                   U.S. Marshal
                   Court Security
                   Probation Office
                   Pretrial Services
                   Interpreter Coordinator

crnotice (July 2021)